UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON A. PAGE,<br><br>          Plaintiff,<br><br>   v.<br><br>S. GATES, et al.,<br><br>          Defendants. | Case No. 1:19-cv-01359-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br>(ECF No. 2)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 5) |

Plaintiff Jason A. Page is a state prisoner currently proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 26, 2019. (ECF No. 1.)

On September 30, 2019, the undersigned issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be ordered to pay the $400.00 filing fee in full in order to proceed with this action. (ECF No. 5.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days after service. (Id. at 3.) Plaintiff did not file any objections.

Instead, on October 21, 2019, Plaintiff paid the $400.00 filing fee in full.

///

Accordingly, the September 30, 2019 findings and recommendations, (ECF No. 5), are HEREBY VACATED, and Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), is HEREBY DENIED as moot. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: __**October 23, 2019**__

UNITED STATES MAGISTRATE JUDGE